UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>                Plaintiff(s),<br>v.<br>LAKE COUNTY JAIL,<br>                Defendant(s). | No. C 11-06209 NJV (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on October 23, 2012. Now before the Court is **Defendant K.C. Grigsby's** request to appear by phone and also the following persons : **Robert Patria, Claims Manager for the insurance carrier** and **Elaine Hustedt, Vice President of the California Forensic Medical Group, Inc.**, to appear by telephone at the conference. Good cause appearing, the request is **GRANTED**. However, Defendant Grigsby and Mr. Patria and Ms. Hustedt are hereby advised that, should the case not settle and a further settlement conference be scheduled, They will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: October 5, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge