1 Smiley James Harris
P.O. Box 552
2 Clearlake Park, California Republic, USA
Zip Code Exempt (Domestic Mail Manual §6011)
3 Tele: (707) 994-1393
IN PRO PER, SUI JURIS
4

FILED
2012 OCT 19 P 3: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5 UNITED STATES COURT OF APPEAL

6 FOR THE NINTH CIRCUIT

7

8 JAMES LA VELL HARRIS,           Case No. #CV11-6209 NJV

9        Plaintiff,                MOTION TO APPEAR BY
                                   TELEPHONE FOR UPCOMING
10                                 HEARINGS

11   vs.

12

13 LAKE COUNTY, et al.
        Defendants
14

15    Plaintiff, James La Vell Harris, proceeding in this matter in pro per, forma pauperis

16 submits this motion to move the court for an ORDER to allow plaintiff to appear by telephone

17 for the Settlement conference scheduled for October 23, 2012 at 10:00 a.m.

18    Plaintiff asserts that good cause exists for the issuance of an Order upon basis that:

19    1.   Plaintiff's previously arranged transportation recently became disabled. As such,

20         plaintiff is currently without transportation;

21    2.   Plaintiff is on a fixed income and is unable to afford further expenses to his

22         budget as further expenditures will tax plaintiff's limited resources beyond the

23         point where plaintiff would be able to maintain a minimally healthy diet.

24    Therefore, plaintiff asserts that he is 'economically' unable to attend the scheduled

25 hearing and therefore asserts that good cause exists to grant plaintiff's motion.

26    Respectfully submitted,

27    DATED: October 18, 2012

28                                                    _____
                                                      Smiley J. Harris, A.R.

## PROOF OF SERVICE BY MAIL

### C.C.P. §§ 1012, 1013, 1013a

I am a Citizen of the Republic of California and thereby of the Republic of the united States of America, over the age of 18 years of age and not a party to the within action; my location is c/o USPS P.O. Box 411, Lucerne (Lake County), California [Non-Domestic], Zip Code Exempt [Domestic Mail Manual §601].

I served a true copy of the following documents:

1. Plaintiff's REQUEST FOR TELEPHONIC APPEARANCE

By placing said copies in an envelope addressed to the person(s) designated below:

Jerome M. Varanini, Esq. SBN#58531
2500 Venture Oaks Way, Suite# 350
Sacramento, California 95833

This envelope was then sealed and first-class postage prepaid thereon, and was deposited in the United States Mail on October 18, 2012, at Clearlake, California.

I declare under the penalty of perjury under the laws of the California state Republic and of the United States of America that the foregoing is true and correct.

Executed: October 18, 2012

_Teresa Harris_

Teresa Harris

RECEIVED
2012 OCT 19 P 3: 12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br>Plaintiff,<br><br>vs.<br><br><br><br>LAKE COUNTY, et al,<br>Defendants | Case No. CV 11-6209-YGR<br><br>[PROPOSED] ORDER ON TELECONFERENCE APPEARANCE BY PLAINTIFF<br><br>Date: October 23, 2012<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>Courtroom: B, 15th Floor<br>Magistrate Judge Maria Elena-James |

GOOD CAUSE being shown on behalf of plaintiff, it is hereby ORDERED that plaintiff appear by telephone for the Settlement Conference hearing.

Plaintiff is ORDERED to be available at the contact phone number (707) 994-1398 to participate in the telephonic conference.

DATED: October 18, 2012