RECEIVED
2012 OCT 19 P 3: 1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br>Plaintiff,<br><br>vs.<br><br><br><br>LAKE COUNTY, et al,<br>Defendants | Case No. CV 11-6209-YGR<br><br>[PROPOSED] ORDER ON TELECONFERENCE<br>APPEARANCE BY PLAINTIFF<br><br>Date:      October 23, 2012<br>Time:      10:00 a.m.<br>Place:      450 Golden Gate Avenue<br>Courtroom: B, 15th Floor<br>Magistrate Judge Maria Elena-James |

GOOD CAUSE being shown on behalf of plaintiff, it is hereby ORDERED that plaintiff

appear by telephone for the Settlement Conference hearing.

Plaintiff is ORDERED to be available at the contact phone number (707) 994-1393 to

participate in the telephonic conference.

DATED: October 18, 2012

DATED: 10/22/2012



IT IS SO ORDERED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA